IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNEESSEE

SHARON FISHER

    Plaintiff,

v.                                           No. 2:18-CV-02884-JTF-tmp

FEDEX EXPRESS                          JURY TRIAL DEMAND

    Defendant.

---

**DEFENDANT'S MOTION TO DIMISS FOR
FAILURE TO TIMELY SERVE COMPLAINT**

---

Defendant Federal Express Corporation ("FedEx") incorrectly named in this action as FedEx Express, pursuant to Federal Rule of Civil Procedure 4(m), respectfully moves this Court to dismiss Plaintiff's Complaint.

The specific basis for this motion is set forth in the accompanying brief in support of the motion.

Dated: <u>April 9, 2019</u>

                                      Respectfully submitted,
                                      FEDERAL EXPRESS CORPORATION

                                      */s/ Charles V. Holmes*
                                      Charles V. Holmes #08398
                                      Federal Express Corporation
                                      3620 Hacks Cross Road
                                      Building B – 2nd Floor
                                      Memphis, TN 38125
                                      T: (901) 434-8485
                                      C: (901) 457-6522
                                      charles.holmes@fedex.com

                                      ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of April, 2019, a true and correct copy of the foregoing document was served on the party listed below via the Court's CM/ECF filing system and U.S. Mail:

>Sharon Fisher
>7406 Ashley Oaks Drive
>Memphis, TN 38125

                                  */s/ Charles V. Holmes*
                                  Charles V. Holmes

Doc # 1333691